**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 24, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00807-CV

## MERCEDEZ USCANGA AND ROBERT MARES, Appellants

## V.

## SCI TEXAS FUNERAL SERVICES, INC. D/B/A BROOKSIDE MEMORIAL PARK & CEMETERY, Appellee

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2015-38906**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order signed August 25, 2015. On October 26, 2015, appellee filed a motion to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of

all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is entered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding).

The order appealed from in the case at bar does not dispose of all the issues raised in the pleadings. *See Massey v. Massey,* 01-02-00196-CV, 2003 WL 21665612, at *1, n.3 (Tex. App.—Houston [1st Dist.] July 17, 2003, pet. denied) (mem. op.) (recognizing that the order signed directing the disinterment became appealable when the subsequent order was entered directing the remains to be re-interred). Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, McCally and Wise